[No. 18145–9–I.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON LENIUS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–01708–7, Anne L. Ellington, J., entered March 11, 1986. *Reversed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.

[No. 17187–9–I.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE H. LARSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–00531–3, James J. Dore, J., entered September 6, 1985. *Affirmed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 19491–7–I.   Division One.   December 7, 1987.]

R. ALEX POLSON, *Respondent*, v. MARCO POLO SKI PRODUCTS, INC., *Defendant*, DONALD K. SHINGLER, SR., ET AL, *Appellants*.

R. ALEX POLSON, *Respondent*, v. JOHN C. VERTREES, SR., ET AL, *Defendants*, DONALD K. SHINGLER, SR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 83–2–05695–1, Sharon S. Armstrong, J., entered October 23, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Williams and Webster, JJ.